# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HARBOR COMMUNICATIONS, LLC, *et al.*, : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> SOUTHERN LIGHT, LLC, *et al.*, : <br>     Defendants. : | CIVIL ACTION 1:18-00111-KD-N |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b) and S.D. Ala. Gen. LR 72(b), and dated July 20, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiffs' Motion to Remand (Doc. 8) is **GRANTED in part** and **DENIED in part,** such that Rule 27 claim is non-removable and is S**EVERED** and **REMANDED.**

**DONE** and **ORDERED** this the 8th day of **August 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**