IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARBOR COMMUNICATIONS, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION: 1:18-00111-KD-N |
| | ) | |
| SOUTHERN LIGHT, LLC, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter came before the Court for a trial by jury from December 12-13 and on December 16, 2019, with Chief United States District Judge Kristi K. DuBose presiding. The jury was selected on December 3, 2019. The jury was sworn in on December 12, 2019 and trial commenced. Plaintiff presented its case-in-chief and rested on December 13, 2019. Defendants moved for judgment as a matter of law (3 motions), which were denied (2) and granted (1), as set forth on the record. As Defendants had already presented rebuttal throughout Plaintiff's case, Defendants rested on December 13, 2019. Plaintiff moved to dismiss Defendants' counterclaim; the motion was denied. Defendants renewed their motion for judgment as a matter of law at the close of Plaintiff's case; the motion was denied. On December 13, 2019, the Court held the final jury charge conference with counsel and the jury was dismissed until December 16, 2019. On December 16, 2019, the parties gave their closing arguments. The Court charged the jury on the applicable law and the jury commenced their deliberations. On December 16, 2019, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned the verdict, a copy of which is attached hereto, in open court with counsel present.

**DONE** and **ORDERED** this the **19th** day of **December 2019.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**